IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NICHOLAS HEITMAN,<br><br>　　　　　　Defendant. | **4:23CR3058**<br><br>**ORDER** |

IT IS ORDERED:

1)　Defendant's unopposed motion for temporary modification of pretrial release, (Filing No. 29), is granted.

2)　Defendant is permitted to travel to Arizona with his family on December 13-19, 2023.

3)　On or before December 8, 2022, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 16th day of November, 2023.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge