IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NICHOLAS HEITMAN,<br><br>    Defendant. | 4:23CR3058<br><br>**ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** |

  The defendant appeared before the Court on June 11, 2024 regarding Petition for Action on Conditions of Pretrial Release [44].  Jonathan Braaten represented the defendant.  Daniel Packard represented the government.  The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act.  18 U.S.C. § 3148.

  The defendant denied violating release condition(s). The Court took judicial notice of the petition and violation report.  Both parties were given an opportunity to present evidence and make argument.  After consideration of the parties' evidence and arguments, the Court does not find there is probable cause that a crime was committed or clear and convincing evidence that a condition was violated.  Therefore, the Court finds the defendant has not violated the Order Setting Conditions of Release [24].  The defendant shall be released on the current terms and conditions of supervision.

  **IT IS SO ORDERED**.

  Dated this 11th day of June, 2024.

                          BY THE COURT:

                          *s/ Jacqueline M. DeLuca*
                          United States Magistrate Judge