IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>NICHOLAS HEITMAN,<br><br>           Defendant. | 4:23CR3058<br><br>**RESTRICTED ORDER** |

IT IS ORDERED:

1) Defendant's Initial Appearance and Detention Hearing will be held at 1:30 p.m. on July 29, 2024 before the undersigned magistrate judge.

2) Defendant, defense counsel, and counsel for the government shall attend.

3) The defendant will appear by videoconference using Zoom. At the time of the hearing, the defendant must be connected to the videoconference using the connection information below.

    https://ned-uscourts.zoomgov.com/j/1608283325?pwd=NHRLREZudW5adzJEZnkvTUY5S0Q5QT09
    Meeting ID:  160 828 3325
    Password: 235417
    IP/H.323: 161.199.138.10
    SIP: 160 828 3325@sip.zoomgov.com

4) Counsel for the parties, supervising officers, and any proposed third-party custodians may attend the hearing by either:
    a. Videoconference using the connection information in Paragraph 3,
    or
    b. Telephone by calling **669-254-5252**, and when prompted, dial the meeting ID and password.

5) Any party who intends to call a witness (other than a supervising officer or a proposed third-party custodian) must promptly contact the chambers of the undersigned magistrate judge to set a telephone conference regarding the issues to be addressed by the witness' testimony and the method of appearance to be used by that witness.

6)     Absent leave of the court, this shall be filed as a restricted access order. **Attorneys, jail facilities, and any others who receive this order are prohibited from redistributing it to others.**

Dated this 24th day of July, 2024.

                                                BY THE COURT:

                                                <u>*s/ Jacqueline M. DeLuca*</u>
                                                United States Magistrate Judge