IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NICHOLAS HEITMAN,<br><br>　　　　　　Defendant. | 4:23CR3058<br><br>**FINAL ORDER OF FORFEITURE** |

　　　　This matter is before the Court on the United States' Motion for a Final Order of Forfeiture (Filing No. 107).  Having reviewed the record in this case, the Court finds as follows:

　　　　1.　　On October 16, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in $4,580.00 in United States currency (Filing No. 91).

　　　　2.　　Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on October 18, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure.  A Declaration of Publication was filed herein on December 17, 2024 (Filing No. 106).

　　　　3.　　The United States advises the Court that no party has filed a petition regarding the subject Property.  From a review of the Court file, the Court finds that no person or entity has filed a petition.

　　　　4.　　The Motion for Final Order of Forfeiture should be granted.

　　　　Accordingly,

　　　　**IT IS ORDERED:**

1. Plaintiff's Motion for Final Order of Forfeiture ([Filing No. 107](#)) is granted;

2. All right, title and interest in and to the $4,580.00 in United States currency seized from Defendant on or about December 6, 2022, held by any person or entity are forever barred and foreclosed;

3. The $4,580.00 in United States currency is forfeited to the Government; and

4. The Government is directed to dispose of that currency in accordance with the law.

Dated this 18th day of December, 2024.

BY THE COURT:

Susan M. Bazis
United States District Judge